UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LUIS HERNANDEZ-RAMOS, MAG. NO. 22-6003 (DEA)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum            (   ) Ad Testificandum

1. LUIS HERNANDEZ-RAMOS a/k/a Luis E. Santiago-Hernandez (hereinafter the "Detainee"), **SBI #514182H, DOB: 10-23-1966,** is now confined at the East Jersey State Prison, Rahway, New Jersey.

2. The Detainee is charged in this District by:

   (   ) Indictment      (   ) Information      ( X ) Complaint

   with violation of 8 U.S.C. § 1326(a) and (b)(2).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required before the **Hon. Douglas Arpert, U.S. District Judge,** Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on **Wednesday, February 28, 2024 at 1:00 p.m.** for an **Initial Appearance**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:   February 7, 2024

*s/ Patrick C. Askin*
PATRICK C. ASKIN
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:   February 7, 2024

_____
Hon. Matthew J. Skahill, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the East Jersey State Prison:

WE COMMAND YOU that you have the body of

**LUIS E. SANTIAGO-HERNANDEZ, SBI #514182H,
DOB: 10-23-1966,**

now confined at the East Jersey State Prison, Rahway, New Jersey. The Detainee will be required before the **Hon. Douglas Arpert, U.S. District Judge,** Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on **Wednesday, February 28, 2024 at 1:00 p.m.** for an **Initial Appearance**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

WITNESS the Hon. Matthew J. Skahill
United States Magistrate Judge
Camden, New Jersey.

DATED:   February 7, 2024

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk