UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Crim. No. 22-6003 (DEA) |
| LUIS HERNANDEZ RAMOS | : | <u>IADA ANTI-SHUTTLING WAIVER</u> |

I, LUIS HERNANDEZ RAMOS, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree:

1. I previously have been sentenced to serve a term of imprisonment in the State of New Jersey. I have not completed serving that sentence.

2. I now face a federal charge in the United States District Court for the District of New Jersey for illegal reentry into the United States after deportation, and for that reason I have been taken into federal custody and brought to the federal courthouse in Trenton, New Jersey.

3. I have been advised that the Interstate Agreement on Detainers (18 U.S.C. Appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until the trial on the federal charge described above is completed and the sentence has been imposed.

**RECEIVED**

FEB 28 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

4. Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my federal case on this charge. I consent to being transported back and forth to the federal courthouse for court proceedings in this case before my New Jersey state sentence is completed.

Dated: 2/28/24

*Luis Hernandez Ramos*
LUIS HERNANDEZ RAMOS
Defendant

_____
Scott A. Krashy, Esq.
Counsel for Defendant

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE