## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6003 (DEA) |
| LUIS HERNANDEZ RAMOS` | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey, Patrick C. Askin, Assistant U.S. Attorney, appearing), and Scott A. Krasny, Esq., appearing, for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A).

2. This Court has not granted any prior § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

RECEIVED

FEB 28 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

      a.      The government has agreed to provide the defendant, through counsel, with informal pre-indictment discovery. The defendant's counsel will need time after receiving the discovery from the government's counsel, to review the discovery and to go over it with the defendant. The parties also will need time to engage in plea negotiations, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary. The defendant's counsel, Mr. Krasny will need an interpreter present to assist in communicating with the defendant in the meetings to review discovery and any proposed plea agreements.

      b.      Consequently, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this Order through April 30, 2024; and it is further

ORDERED that the period from the date of this Order through April 30, 2024, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                  HON. DOUGLAS E. ARPERT
                                                  United States Magistrate Judge

Dated: February 28, 2024

Form and entry consented to:

/s/ Patrick C. Askin

PATRICK C. ASKIN
Assistant U.S. Attorney

SCOTT A. KRASNY
Counsel for defendant, Luis Hernandez Ramos

- 3 -